UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1.2
Eastern Division

ME2 Productions, Inc
                        Plaintiff,

v.                                            Case No.: 1:17−cv−03847
                                            Honorable Sharon Johnson Coleman

Does 1−18
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 3, 2017:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Plaintiff's motion for leave to take discovery prior to Rule 26(f) conference [7] is granted. No appearance necessary on 7/5//2017. Status hearing set for 9/8/2017 at 09:00 AM. Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.